**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

FELICIA PIERCE,                               : No. 632 EAL 2014
                                              :
                    Respondent                : Petition for Allowance of Appeal from the
                                              : Order of the Superior Court
                                              :
          v.                                  :
                                              :
                                              :
                                              :
CPR RESTORATION & CLEANING                    :
SERVICES, LLC,                                :
                                              :
                    Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.